

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Maria Jesus Sanchez,          * From the 244th District Court
of Ector County,
Trial Court No. C-17-1052-CR.

Vs. No. 11-20-00012-CR          * October 30, 2020

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $500 fine, the $452.70 third-party collection fee, and $22.50 of the time payment fee. As modified, we affirm the judgment of the trial court.